NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**3D SYSTEMS, INC.,**
*Plaintiff-Appellee,*

v.

**ENVISIONTEC, INC., ENVISIONTEC GMBH,** AND **SIBCO, INC.,**
*Defendants-Appellants.*

---

2011-1340

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 05-CV-74891, Senior Judge Avern Cohn.

---

## ON MOTION

---

## ORDER

Envisiontec, Inc., Envisiontec GmbH, and Sibco, Inc. move without opposition for an extension of time to file their initial brief.

3D Systems, Inc. recently filed a motion to dismiss Envisiontec's appeal. Accordingly, the briefing schedule is stayed pending disposition of the motion to dismiss. *See* Fed. Cir. R. 31(c).

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

__JUN 17 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sidney David, Esq.
    Adrian M. Pruetz, Esq.

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 17 2011

**JAN HORBALY**
**CLERK**